IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANDALL TOWNSEND,**

    **Plaintiff,**

v.                                                      Case No. 4:20-cv-424-AW-MAF

**CHARLES LANE, JR., et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's August 17, 2021 report and recommendation (ECF No. 29), I conclude that the case should be dismissed. The complaint is a shotgun complaint, and Plaintiff has had multiple opportunities to cure it. He has also failed to comply with court orders. But based on the shotgun complaint issue alone, the case will be dismissed with prejudice.

I note that the magistrate judge entered a later report and recommendation (ECF No. 31), addressing Lane's subsequent filing. I need not address that report and recommendation because I deny all pending motions as moot, based on the dismissal.

It is now ORDERED:

1.    The report and recommendation (ECF No. 29) is adopted and incorporated into this order.

1

2. The clerk will enter a judgment that says, "Plaintiff's complaint is dismissed with prejudice as a shotgun complaint."

3. The clerk will close the file.

SO ORDERED on February 4, 2022.

s/ *Allen Winsor*  
United States District Judge